**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7092**

ADAM C. PUGH,

                    Plaintiff - Appellant,

          v.

MS. EVANS, Captain; JEFF WILLIAMS, Sergeant; MS. LINDA,
Nurse; OFFICER SULLIVAN; OFFICER HICKMAN; OFFICER BOHEMER;
OFFICER CAISON,

                    Defendants - Appellees.


Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
Chief District Judge. (5:11-ct-03239-D)


Submitted: August 16, 2012          Decided:  August 21, 2012


Before KING and THACKER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.


Affirmed by unpublished per curiam opinion.


Adam C. Pugh, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam C. Pugh appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pugh v. Evans, No. 5:11-ct-03239-D (E.D.N.C. June 20, 2012). We deny Pugh's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED